This has been a very difficult statement to write.  It has taken me months to put my thoughts on paper. Every day I am reminded of what happened to me, what happened to my family - when our family's privacy was invaded, pillaged and we were basically raped by Juan McCullum and Dorene Browne-Louis.  I fight the feeling of distrust for people, of believing everyone is bad.  That no good deed goes unpunished.

When I got a call from someone telling me that they'd received an email with an intimate picture of me and some other images, I couldn't believe it.   When they sent it to me and I realized that it was images shared between Jonathan (my husband) and me and photos taken in family play I wanted to faint, to scream.  How could someone have gotten this, who when did it happen? The question I kept asking was - why?

It was easy to figure out that Juan was the person that stole our privacy.  The Facebook page only had images from the time he was in the Virgin Islands and I recall that his other nemesis in the office had their phones missing at different points during his time in my office. But why, because I was mean? I demanded a lot, I demand most of myself.  The Virgin Islands is not in a good way and they deserve a representative, an office that worked hard.  I asked that people do their work and never expected anyone to work harder than I do. I tried to create a fair, team atmosphere.  I represent a neglected people, who need a lot and I wasn't having an office that was all flash and no substance- that quickly gets found out and old in DC.  That's what Juan was about.  Did he do it because I didn't let him have his way in the office?  He wanted promotion over people, wanted to give himself titles he didn't earn.  We got calls from the White House with complaints that McCullum was pretending to be a member of the White House staff, we should have fired him then but I asked him to put his head down and let it blow over.  He applied for a position in another office and the member of congress approached me and I gave him a favorable nod – I told her McCullum needed to be in an office that wanted to be in the public eye, that was not my style and there wasn't upward movement possibilities in my office.  I said that while he was being duplicitous with me and my office.

How has this touched our lives?  I almost don't want to say, don't want to give Juan McCullum or Dorene Browne-Louis the satisfaction of knowing that it hurt us.  But it did. Knowing that everyone knows what I look like is a mortifying horrendous feeling.  When I'm home in the Virgin Islands, sometimes I wonder when I'm out in public – who has seen me, who knows what I look like. Images I shared with my husband, not for general consumption. Trying to rape me, expose me bring me down and low.  I'm so grateful for all the people at home who rallied around me.  Women in the Virgin Islands cried out against it.  The women who saw it for what it was. Bringing a black woman down.  McCullum you're like some creep who rips a woman's clothes off in public, like the slave seller ripping a black woman's clothes off on the podium for the sale.  That's what it felt like.

Then you went further. They tried to first emasculate my husband. Say he was not a man, because there was a picture of him with makeup.  Makeup it was obvious he was not happy to be wearing. That he lost in a bet.  The worst was that they tried to put in the public that my

husband and I allowed our daughter who was around 4-5 at the time of the picture in some perverted unnatural situation.  For that reason, I want to physically destroy the two of them.  That there is discussion and material on the internet that my daughter may one day see saying something like that makes me furious.  That they attempted to mark a relationship she has with her father that is precious, and loving. That she has been raised to believe her father is her champion and they have tainted that.

Opportunities where lost for us during that time as well. Support for my own career and the Virgin Islands was diminished during that time.  Our children were quiet subdued tentative for several months.  Our daughter knew something happened to the phone and was scared of cell phones for a time.  But this crime helped me see how much love I had around me.  My parents were my rock.  My sons in their twenties had to hear about it and listen to the jokes, joked back and rallied around me. Our friends came to our side and continue to be there for us.  It was a demonstration of friendship. Older people McCullum and Browne-Louis thought would turn against us would stop me on the street back home and say "Girl- hold your head up.  That's between you and your husband.  That's your private business!"  But I still feel exposed, stripped in some way.  I'm angry and bewildered. But, Jonathan and I are even closer than before, we've been through a battle that we didn't even ask for and came out as winners.