I first want to thank the women in the Virgin Islands for their Immediate Wholesome support following your attempt to embarrass and destroy my family with your selfish arrogant ambitious actions. I thank all of the Individuals that came to the defense and gave us and continue to give emotional support to me and my family. I also Thank my Family as they are more resilient than you know and stronger because of your actions. I am Very proud of Individuals that uphold Gods Rule of treating others the way you want to be treated. A rule that you know nothing about but one that I hope you find the path to in the future.

I remember that night vividly the phone ringing after 11pm, waking up to take the call telling me of someone's posting on Facebook. As you probably imagined there were many unanswered questions, but one thing was clear someone was trying to destroy my family and throw a wrench in the upcoming Primary election. Someone was actively waging a destructive smear campaign and trying to sway my community against my Family. You sir tried to insinuate me of being morally inept with my child and now I must look you in the eye and say How dare you? Who do you think you are?

 I have not allowed your hate or despair take over me or my family. I have had to dig deep and look at myself. I have had to pray and look for answers. What did I do to you? What did my family do to you? Did it matter that we did nothing to you? I am I to trusting where we too trusting? What am I supposed to learn from this? As you see so many questions can roll around your mind. I was told this statement is called a victims impact statement but the Only VICTIM HERE IS YOU A victim of your own cowardice and Vanity.

 I will also let everyone in here on the last interactions we had. We were at the convention you were with your new boss and you couldn't look at me you couldn't look me in my eyes. Listen I'VE had blood rush through my veins in heated moments I've had adrenaline overload my system in near death experiences  but NEVER had I felt the pulse the beat the flow my blood asking me to take matters in my own hands that night when you couldn't look me in my eye. It was then it was clear I had a decision I had to make do I go to jail to make myself feel better or do I let time take you to jail. We all know the outcome of I did nothing to you but I was rewarded. I was rewarded with peace to know there was growth out of all of this despair I was rewarded with God peace and Love which beats your lies and hate all the time.

Glory Be To God that Who God Blesses No Man Curse and what started out with mal intent leads us here today. I kept telling people I didn't want a birthday present and I didn't know that I would be in a position to thank you for something EVER, but you know what God has way of letting us know he is in control and I thank you for my March Birthday Present as this time.

I believe Apologizing would be a start but really they are just words and it's the Integrity behind the words that make the gesture genuine or fake. When you decided to move forward with your dastardly plans you were willing at that time to play but now you must pay and I ask you now was it worth it? Or was the price to expensive .Your integrity, your words carry little to no merit to me, but your road to redemption is up to you. You can decide to be a better person and choose your path forward it's all up to you. Will you choose continue in the Dark or Switch for the Light. The choice is yours. Your Future actions will determine whether you have grown and will lead a positive life or will you wallow in self-pity and make excuses and build monuments of nothingness. The Choice is yours and finally I want you to know that it has not been easy dealing with the challenges you made for me and my family but part of my growth is being able to pray for you and this helps me know Gods Love surpasses all.