# EXHIBIT A



**FRIENDSHIP**
MISSIONARY BAPTIST CHURCH

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Dear Judge Bates:

As pastor of Friendship Baptist Church of Jackson, MS., I have pastored Juan McCullum since 1996 and I write this character reference letter to express my support. Over the past 22 years, I have prayed with Juan and provided him with biblical guidance and counsel. As his pastor, I have had the ability to witness his journey from childhood to adult.

I started pastoring Juan after his mother and sisters joined our church and became active members. His mother could always be counted on to keep her children active in most of the youth department activities, weekly bible study, bi-weekly choir practice and weekly Sunday service. As the years passed, Juan began to work directly with my staff and I during the planning and execution of church programs, community outreach activities and international mission trips.

While residing in Jackson, MS and also while away in Washington, DC, Juan has frequently volunteered to assist with the youth and seniors of our church. I am forever grateful to Juan for creating the Friendship Youth Engagement Initiative – our church's initiative to get the youth involved in responsible, challenging actions that will create positive social and civic interests. Specifically, Juan independently plans, fundraises and executes the youth's annual summer congressional trip to Washington, DC. This trip involves meeting with congressional staffers, visiting the national monuments, touring select federal agencies, and visiting colleges and universities. I never imagined the young people of our church having the opportunity to gain exposure outside of our state.

Juan discussed his troubles with me almost immediately after he became aware of the criminal investigation. At that time, and even still, he expresses great remorse for his actions and showed genuine regret not merely for the criminal liabilities he faced, but for the wrong to which he contributed. He has confided in me that he has a sincere understanding that his actions were wrong. In our many conversations about this incident, he has never once tried to defend, minimize, or explain away his activities. Nor did he ever try to shift blame on others.

As surprised as I was that Juan had engaged in behavior that was completely out of character for the man I know him to be, the one who I believe was more surprised than

me was Juan himself. Juan knew he was above such behavior and was, and remains ashamed that he had fallen below his own standards for himself.

Juan is a good person. Since I know the whole person in Juan, I believe his wrongful actions represent an aberration that he will never repeat. He has demonstrated honesty, integrity, and fairness in all church activities and fundraisers in which he has been involved. Juan is a loving son, brother, uncle, nephew, church member, and conscientious citizen and I along with so many others from our church, have a great deal of respect and admiration for him.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I stand ready to offer further support to Juan as he may require.

Respectfully,

*Randy Leflore*
Randy Leflore
Pastor, Friendship Baptist Church

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

February 21, 2018

Dear Judge Bates,

I am writing this letter on behalf of Juan McCullum who is due to be sentenced shortly before the Court. I am Roger Jenkins and serve as Director for Student programming at Alabama State University in Montgomery, Alabama. I have known Juan for more than 7 years both personally and professionally. We initially met during his graduate matriculation, as we were both active members of Student Affairs Administrators in Higher Education (NASPA).

Juan has a productive future ahead of him. During the time that I have known him he has been able to navigate from an entry-level position within to the profession of student services to achieving the highest level – Acting Vice President. This is something that could only be achieved by dedication, determination and hard work. I recall a time when Juan and I decided to carry the students from our respective universities to the national student services conference to compete in the student services competition. While I am competitive by nature and had my students prepared, Juan took the students from his school and set a new competition standard by holistically preparing his student. This did not go unnoticed, as Alcorn State University placed superior over all schools nationwide.

I believe that both society, as well as Juan, would be better served by the imposition of leniency when considering his sentence. We need people like Juan working with young people and policy heads daily.

As most people who know Juan well, I was shocked and disappointed in the behavior that has brought him to this point. This incident is very unlike Juan's character, as I have known it for years and I am certain that he will not be in this type of situation again.

Judge Bates, I am respectfully seeking the mercy of this Court when Juan is sentenced. There is a daily need for people like Juan to work with young people and individuals of influence to continue creating strong leaders and lasting policy. I pray that you will give heartfelt consideration in making that decision and that you will take into consideration all of the good that Juan has accomplished in his life; as well as all that he can give back to society if given a second chance.

Thank you in advance for your time and for your consideration.

Respectfully submitted,

Roger Jenkins, PhD

# E. Cheryl Ponder

Oklahoma State University
ecponder@gmail.com | 202.388.7643

February 18, 2018

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

*Re: Sentencing of Juan McCullum*

Dear Judge Bates,

Having known Juan McCullum for many years - first as his former supervisor and over the years through a blossoming friendship, I am unable to reconcile the man I know with the crime for which he stands before your Court seeking leniency. The qualities that stand out most in my experience with Juan are honesty, integrity, dependability, fairness and balance – and an unparalleled dedication to his family and hometown.

I came to know Juan during my tenure as Alcorn State University's Vice President of Student Affairs. The president of the university introduced Juan to me and I quickly learned of his respectfulness, ability to critically think and process, and dedication to helping others. I soon vetted and recruited Juan to serve under my leadership as Assistant Vice President for Student Affairs. During his tenure, Juan was always generous, finding time to help colleagues or counseling students about their career and life plans. I would often times find Juan in the office working late - extending himself to others while neglecting his personal needs. I relied on Juan's expertise, knowledge and skills when preparing our annual student-programming agenda and to serve as my proxy during senior administration meetings. He quickly became our department's *"go-to"* man. I have always found Juan to be open and straightforward. Never in my experience over the years has he dissembled or misrepresented.

Juan's educational and professional background is exemplary. His record of service to the State of Mississippi and to Members of Congress has come at a great personal sacrifice, both financially and in terms of the imbalance between work and leisure that the burdens of public service imposes on individuals.

Those of us who have been privileged to know and work with Juan can only hope that any sentence imposed on him will enable him to quickly return to his community, friends and family which he has shown much love and dedication towards.

Sincerely,

E. Cheryl Ponder