IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>JUAN MCCULLUM, *et al.*,            )<br>)<br>     Defendant.                              )<br>_____ ) | Criminal No. 17-cr-00131(JDB) |

## MOTION TO TERMINATE PROBATION

Defendant, Juan McCullum, through undersigned counsel, respectfully moves the Court to terminate his remaining period of supervised probation. Mr. McCullum has completed more than a year of his term and his current probation officer support his request. The government has reserved its position at this time.

On March 8, 2018 Mr. McCullum was sentenced to an aggregated term of imprisonment for 12 months and 1 day and a probationary term of 24 months. Mr. McCullum was ordered to perform 100 hours of community service, to abide by internet restrictions and to have no contact with the victim.

Mr. McCullum has served his term of incarceration and has completed community service. He has scrupulously complied with the Court's other conditions. Mr. McCullum has a desire to move to Mississippi for a period of time to assist a sick relative. Mr. McCullum has expressed remorse for his actions and is not a risk to engage in any such conduct in the future. Mr. McCullum's probation officer Kenika Canty has verified that he is in full compliance with his conditions of supervised release and that she does not oppose the instant request.

Thus, Mr. McCullum respectfully requests the Court terminate the remaining period of probation.

**WHEREFORE,** for the foregoing reasons, Mr. Juan McCullum respectfully requests that the Court grant this motion.

Dated: June 3, 2020

Respectfully submitted,

/s/
Danny Onorato (DC Bar #480043)
*Attorney for Juan McCullum*
SCHERTLER & ONORATO, LLP
901 New York Avenue, NW
Suite 500
Washington, DC 20001
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3th day of June 2020, the foregoing Motion was electronically filed with the Court and served upon:

AUSA Tejpal Singh Chawla
U.S. Attorney's Office
for the District of Columbia
555 4th Street, NW
Washington, D.C. 20001

                                                                             /s/
                                            Danny Onorato