**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 17-cr-00131(JDB)** |
| ) | |
| **JUAN MCCULLUM**, *et al.*, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **ORDER**

Upon consideration of Defendant Juan McCollum's Motion to Terminate Supervised Probation, and for good cause shown, the Defendant's Motion is **GRANTED**.

**SO ORDERED** this _____ day of June, 2020.

_____
The Honorable John D. Bates

Cc: AUSA Tejpal Singh Chawla
AUSA Veronica Jennings
AUSA Youli Lee
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, D.C. 20001

Danny Onorato
Schertler & Onorato, LLP
901 New York Avenue NW
Suite 500
Washington, DC 20001